UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> *ex rel.* KOHL, : <br>     Plaintiff/Relator : <br> : <br> vs. : <br> : <br> CENTRAL ACCOUNTING SYSTEMS, : <br> INC., D/B/A HEALTH CARE : <br> MANAGEMENT GROUP, *et al.*, : <br>     Defendants. : | Case No. 1:16-cv-613 <br><br> Judge Timothy S. Black |

**ORDER**

The United States, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS ORDERED** that:

1. The Complaint is unsealed and shall be served upon the defendant by the relator;

2. The seal is lifted as to the filing of this case, this Order, and the Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint. Any other pleadings filed or orders entered in this case shall remain under seal and not be made public or served upon the defendant;

3. The seal shall not apply to any pleadings filed or orders entered in this action after the filing of the Government's Notice of Election to Decline Intervention, except as otherwise ordered by the Court;

4. The filing of this case and the pleadings that are either unsealed by this Order, or subsequently not filed under seal, shall appear and be made available on the Court's Case Management/Electronic Case Files System;

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided in 31 U.S.C. § 3730(c)(3). The United States is entitled to intervene in this action, for good cause, at any time;

6. The parties shall serve all notices of appeal upon the United States; and

7. Should the Relator or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, the parties shall seek the written consent of the United States before the Court rules on such a request.

**IT IS SO ORDERED.**

Date:  3/15/19

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge