UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. KOHL, | Case No. 1:16-cv-613 |
| Plaintiff/Relator, | Judge Timothy S. Black |
| v. | |
| CENTRAL ACCOUNTING SYSTEMS, INC., et al., | |
| Defendants. | |

## ORDER OF DISMISSAL

Relator has moved this Court to dismiss this action pursuant to Federal Rule Civil Procedure 41(a)(2). The dismissal of this False Claims Act action would be with prejudice as to the Relator and without prejudice as to the United States. This Court has reviewed Relator's supporting memorandum explaining that the United States has reviewed the settlement terms and consented to the dismissal of this action. The Court also finds that Relator's supporting memorandum provides the Court with sufficient reasons to consent to this dismissal in accord with 31 U.S.C. § 3730(b)(1).

THEREFORE, for good cause shown and the United States having consented to the dismissal of this False Claims Act action, Relator's Motion to Dismiss is hereby GRANTED. This False Claims Act action is dismissed with prejudice as to the Relator and dismissed without prejudice as to the United States.

Date: 12/5/19

Timothy S. Black
Judge, United States District Court